UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHARLES H. AARONSON,

                                **MEMORANDUM**
               Plaintiff,             **AND ORDER**

      -against-                         09-CV-2487 (NGG)

AMERICAN MEDICAL SYSTEMS, INC.,

                             Defendant.
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       After plaintiff failed to respond to defendant's motion to dismiss -- which (in accordance with this Court's Endorsed Order of November 17, 2010) was served on plaintiff on December 3, 2011 -- defense counsel wrote to the undersigned magistrate judge on January 4, 2011, requesting that the motion to dismiss (which is pending before Judge Garaufis) be deemed unopposed. On that same day, the Court issued an Order To Show Cause why the relief requested in the January 4th letter (i.e., that the motion to dismiss be deemed unopposed) should not be granted.

       The Order To Show Cause was electronically docketed and served on both counsel. Nevertheless, although plaintiff's response was due by January 6, 2011, he still has not responded, nor has he taken any further steps in the past four months to pursue his claims. Furthermore, he has now ignored two court orders -- one directing that he file his opposition to the motion to dismiss by December 27, 2010, and the Order To Show Cause as to why that motion should not be deemed unopposed.

In these circumstances, the motion to dismiss should be deemed unopposed.

**SO ORDERED.**

Dated: Brooklyn, New York
February 23, 2011

ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE